## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

S.R., an individual, and R.R., an individual,

    Plaintiffs,

v.                                              Case No.  1:24-cv-00631-SCY-KK

COOPERSURGICAL, INC., and THE COOPER
COMPANIES, INC.,

    Defendants.

### **PLAINTIFFS' RESPONSE TO ORDER TO CURE OR SHOW CAUSE**

COME NOW Plaintiffs, S.R., an individual, and R.R., an individual, by and through counsel of record, Law Offices of David M. Houliston (David M. Houliston) and Archibeque Law Firm, LLC (Ron Archibeque), and hereby responds to the Court's Order to Cure or Show Cause [Doc.5]:

Plaintiffs filed the originated lawsuit in New Mexico State Court, where use of pseudonyms is liberally used in sensitive matters.  The matter was soon removed to United States District Court for the District of New Mexico, Civ. No. 24-631 JB/KK, where it presently sits. Plaintiffs request leave of Court to file an Amended Complaint to remove the pseudonyms and include the names of the Plaintiffs. Plaintiffs obtained concurrence from Defendants. Plaintiffs request ten (10) days to file an amended complaint.

WHEREFORE, Plaintiffs respectfully request that the Court permit leave of Court and permit ten days for the Plaintiffs to file such an amendment.

                                                  Respectfully submitted,

                                                  LAW OFFICES OF DAVID M. HOULISTON

/s/ David M. Houliston

David M. Houliston
4801 Lang Avenue NE, Suite 205
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax:    (505) 214-5204
david@houlistonlaw.com

and

Ronald Archibeque
ARCHIBEQUE LAW FIRM, LLC
P.O. Box 94837
Albuquerque, NM 87199-4837
Phone: (505) 750-2363
ron@archibequelawfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY on July 18, 2024, I filed the foregoing pleadings electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jenny Covington, Esq. *(Admitted Pro Hac Vice)*
Molly Jean Given, Esq. *(Admitted Pro Hac Vice)*
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Phone: (612) 464-4500
jenny.covington@nelsonmullins.com
mollyjean.given@nelsonmullins.com
allison.abbott@nelsonmullins.com
kelly.mills@nelsonmullins.com

and

Stephanie K. Demers
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

2

P.O. Box 1888
Albuquerque, NM 87103
Phone: (505) 765-5900
Fax:     (505) 768-7395
sdemers@rodey.com
*Attorneys for Defendants*

*/s/ David M. Houliston*
DAVID M. HOULISTON