IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.R. and R.R.,

    Plaintiffs,

v.                                            Civ. No. 24-631 SCY/KK

COOPERSURGICAL, INC. and
THE COOPER COMPANIES, INC.,

    Defendants.

## ORDER DENYING MOTION WITHOUT PREJUDICE

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (Doc. 20) ("Motion"), filed August 1, 2024.

This Court's Local Civil Rules require a party filing a motion to determine whether the motion is opposed, "and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). Plaintiffs' Motion omits recitation of a good-faith request for concurrence and does not indicate whether it is opposed. (*See generally* Doc. 20.) As such, the Court summarily DENIES the Motion without prejudice to Plaintiffs' ability to file an amended motion that complies with Local Civil Rule 7.1(a).

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE